IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| JAMES HAWKINS, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>SHERIFF EUGENE BRANTLEY; )<br>CAPTAIN DANIELS; CAPTAIN )<br>HARRELL; CAPTAIN DANKO; )<br>LIEUTENANT JENKINS; LIEUTENANT )<br>COWELL; LIEUTENANT MITCHELL; )<br>SERGEANT SEYMORE; SERGEANT )<br>KUNTZ; CORPORAL GIST; CORPORAL )<br>ELLISON; CORPORAL FERN; DETRA )<br>WILLIS; RHONDA ROSS; DEPUTY )<br>BELL; INVESTIGATOR GRAHAM; )<br>DEPUTY GAMBLE; DEPUTY BRINSON; )<br>DEPUTY REED; DEPUTY BUSBY; )<br>DEPUTY KIRBY; DEPUTY DAGGETT; )<br>DEPUTY TRAVIS; BRANDIE DIXON; )<br>MIRANDA SANDS; and )<br>DEPUTY HOLMES, )<br>)<br>Defendants. ) | CV 125-142 |

**ORDER**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **DISMISSES** this case without prejudice, and **CLOSES** this civil action.

SO ORDERED this ___18th___ day of August, 2025, at Augusta, Georgia.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA